# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. HARNDEN, | CASE NO. 1:11-cv-02069-LJO-SKO PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION, WITH PREJUDICE |
| v. | |
| KILER, et al., | (Doc. 7) |
| Defendants. | |

Plaintiff Jeff S. Harnden, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 7, 2011. On December 21, 2011, the Court denied Plaintiff's motion seeking leave to proceed in forma pauperis and dismissed the action, without prejudice to refiling with submission of the $350.00 filing fee in full. 28 U.S.C. § 1915(g). On January 11, 2012, Plaintiff filed a notice of appeal and a motion for reconsideration.

Plaintiff's disagreement with the Court's ruling is not grounds for reconsideration. Fed. R. Civ. P. 60(b)(6); Local Rule 230(j); Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co., 571 F.3d 873, 880 (9th Cir. 2009); Harvest v. Castro, 531 F.3d 737, 749 (9th Cir. 2008). Plaintiff has failed to show that the Court erred in finding that Plaintiff did not meet the imminent danger exception to section 1915(g), which would have entitled him to proceed in forma pauperis. 28 U.S.C. § 1915(g); Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007).

///

///

///

1 | Accordingly, Plaintiff's motion for reconsideration is HEREBY DENIED, with prejudice.
2 | Any further recourse lies with the appellate court.
3 |
4 | IT IS SO ORDERED.
5 | **Dated:   January 23, 2012**               /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE